**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CLISMAN PRESTE-PAJARES,** | : | **CIVIL NO. 1:19-CV-896** |
| | : | |
| **Petitioner** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **CLAIR DOLL**, *et al.*, | : | |
| | : | |
| **Respondents** | : | |

## ORDER

AND NOW, this 1st day of July, 2019, upon consideration of the petition for

writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), wherein petitioner,

Clisman Preste-Pajares, challenges the constitutionality of his prolonged detention

by the United States Immigration and Customs Enforcement ("ICE"), and this

court, in an effort to ascertain the custodial status of petitioner, accessed the ICE

Online Detainee Locator System, which revealed that petitioner is no longer in the

custody of that agency, which renders the petition moot[1], see Khodara Envtl., Inc.

ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III

of the Constitution grants the federal courts the power to adjudicate only actual,

ongoing cases or controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690,

698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that

---

[1] Upon entering petitioner's alien registration number, 087792249, and his country of birth, Uruguay, into the Online Detainee Locator System, https://locator.ice.gov/odls/homePage.do, the results returned no matches for any such detainee. The ICE local field office confirmed that petitioner was released from ICE custody on May 28, 2019.

eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."), it is hereby ORDERED that:

1.    The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

2.    Petitioner's motion (Doc. 2) for appointment of counsel is DISMISSED.

3.    The Clerk of Court is directed to CLOSE this case.


/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania